# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                    Fax: (212) 571-5507
Robert A. Soloway                                                   Tel: (212) 571-5500
David Stern

June 14, 2023

BY ECF

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Kandic
Ind No: 17 Cr 449 (NGG)

Dear Judge Garaufis:

I am one of the lawyers representing Mr. Kandic in the referenced action. I write to advise the Court that following discussions with our client, we will not be making a written sentencing submission in this matter. Any arguments, observations, or record we make will be presented orally at the sentencing, currently scheduled for Friday, July 14, 2023.

Thank you for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc